No. 583. WOODALL *v.* COMMISSIONER OF INTERNAL REVENUE. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Todd W. Johnson* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for respondent.

No. 600. WILLIAMS ET AL. *v.* EMERY BIRD THAYER DRY GOODS CO. ET AL. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. R. B. Caldwell, Barton Corneau,* and *Henry M. Channing* for petitioners. *Messrs. Frederick H. Wood* and *Armwell L. Cooper* for respondents.

No. 561. CHEROKEE FUEL CO. *v.* UNITED STATES. January 29, 1940. Petition for writ of certiorari to the Court of Claims denied. *Messrs. M. Walton Hendry* and *Josephus C. Trimble* for petitioner. *Solicitor General Jackson, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 590. GEIBEL *v.* SCOTT, JUDGE OF THE SUPERIOR COURT OF CALIFORNIA. January 29, 1940. Petition for writ of certiorari to the Supreme Court of California denied. *Martin E. Geibel, pro se. Mr. W. B. McKesson* for respondent.

No. 601. RUHLIN ET AL. *v.* NEW YORK LIFE INSURANCE CO. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.